Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## UNITED STATES DISTRICT COURT

for the

### Western District of New York

U.S. DISTRICT COURT - N.D. OF N.Y.

**FILED**

MAR 1 6 2026

AT_____ O'CLOCK_____

John M. Domurad, Clerk - Syracuse

SIR-RAVEN R. RODGERS

_____

Plaintiff(s)

*(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)*

-v-

JOHN C. GARCIA
ERIE COUNTY SHERIFF
ERIE COUNTY SHERIFF DEPARTMENT

_____

Defendant(s)

*(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)*

Case No. _____

(to be filled in by the Clerk's Office)

JURY TRIAL: Yes___ No___

9:26-cv-403
ECC/CBF

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
### (Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

I.   The Parties to This Complaint

A.   The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: SIR-RAVEN R. RODGERS

All other names by which you have been known:

ID Number: ICN# 138924

Current Institution: ERIE COUNTY HOLDING CENTER

Address: 40 DELAWARE AVENUE

BUFFALO            NY        14202-3999
City               State     Zip Code

B.   The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name: JOHN C. GARCIA

Job or Title (if known): ERIE COUNTY SHERIFF

Shield Number:

Employer: ERIE COUNTY SHERIFF DEPARTMENT

Address: 40 DELAWARE AVENUE

BUFFALO            NY        14202-3999
City               State     Zip Code

☑ Individual capacity    ☑ Official capacity

Defendant No. 2

Name:

Job or Title (if known):

Shield Number:

Employer:

Address:

_____
City               State     Zip Code

☐ Individual capacity    ☐ Official capacity

Pro Se 2 (Complaint for Violation of Civil Rights Prisoner)

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Shield Number | |
| Employer | |
| Address | |

City        State        Zip Code

☐ Individual capacity    ☐ Official capacity

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Shield Number | |
| Employer | |
| Address | |

City        State        Zip Code

☐ Individual capacity    ☐ Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

My Right to remain Free of an Assault by Another inmate, and
my Right to be protected from a foreseeable Assault were violated
because I was Gang Assaulted for no reason on Bravo long enet and
placed with another individual Security staff when I had problems with an
bravo short! under the custody and care of MR JoHN C. Garcia.

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D.   Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Mr JOHN C. GARCIA Failed to protect me from an inmate assault on bravo long unit and a Forseeable Assault on bravo short unit under the color of state law as he is the Erie County Sheriff and because of the Fact that I was wrongfully Assaulted while I was in the care and custody of the Erie County Sheriff Department who was aware of problems I had with the inodiviuals whom Assaulted me.

## III.   Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [x]  Pretrial detainee
- [ ]  Civilly committed detainee
- [ ]  Immigration detainee
- [ ]  Convicted and sentenced state prisoner
- [ ]  Convicted and sentenced federal prisoner
- [ ]  Other *(explain)* _____

## IV.   Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.   If the events giving rise to your claim arose outside an institution, describe where and when they arose.

B.   If the events giving rise to your claim arose in an institution, describe where and when they arose.
ERIE COUNTY HOLDING CENTER    ON BRAVO LONG and Bravo Short UNIT
40 DELAWARE AVE Buffalo NY 14202    On 1-16-26

Re: [illegible] Complaint for the [illegible] Civil Rights Prisoner

C.    What date and approximate time did the events giving rise to your claim(s) occur?

ON 1-15-26 at APPROXIMATELY 10:40 AM AND 11:04 AM

D.    What are the facts underlying your claim(s)? (For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)

ON BRAVO LONG AT 10:40 AM I WAS WRONGFULLY ASSAULTED (GANG ASSAULTED) BY TWO INMATES (SJHIEM SMITH, AMUS MURRAY). ON BRAVO SHORT AT 11:04 AM I WAS WRONGFULLY ASSAULTED BY ONE INMATE (GIAI JOHN GUY). BOTH ASSAULTS WERE ON FIXED AND BODY WORN CAMERA FOOTAGE. CRIMINAL CHARGES WERE FILED ON ALL ABOVE MENTIONED INMATES.

V.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

PHYSICAL INJURIES (NECK, RIB, HEAD, AND TOOTH PAIN) WERE SUSTAINED AND TREATED BY MEDICAL STAFF. EMOTIONAL AND MENTAL TRAUMA WERE ALSO SUSTAINED AND TREATED BY MENTAL HEALTH STAFF

VI.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I am asking the Court to compensate me for monetary damages in the amount of $65,000 for physical damage (throat, neck, back, Rib, Head, and tooth injuries) as well as mental and emotional trauma sustained.

VII.    Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

ERIE COUNTY HOLDING CENTER

B.    Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C.    Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☑ No

☐ Do not know

If yes, which claim(s)?

Re: ___ Complaint for Violation of Civil Rights Prisoner

D.  Did you file a grievance in the jail, prison, or other correctional facility where your claims arose concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E.  If you did file a grievance:

1.  Where did you file the grievance?

ERIE COUNTY HOLDING CENTER

2.  What did you claim in your grievance?

I CLAIMED THAT I WAS WRONGFULLY ASSAULTED AND THAT THE JAIL WAS NEGLIGENT FOR NOT PROTECTING ME FROM A FORSEEABLE ASSAULT BECAUSE SECURITY WAS AWARE OF MY PROBLEM WITH INMATE ON BRAVO SHORT UNIT.

3.  What was the result, if any?

I DID NOT RECIEVE ANY RESPONSE AT AII ABOUT COMPLAINT

4.  What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. (Describe all efforts to appeal to the highest level of the grievance process.)

I NEVER RECIEVED A RESPONSE ABOUT COMPLAINT TO APPEAL. HOWEVER, I FILED APPEAL STATING I DID NOT RECIVE ANY RESPONSE AND DID NOT FILE ANOTHER APPEAL. I RECIEVED NO RESPONSE TO APPEAL AT ALL.

Re: 1.1. Complaint for Violation of Civil Rights (Prisoner)

F.   If you did not file a grievance:

1.   If there are any reasons why you did not file a grievance, state them here

2.   If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

G.   Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

I FILED A GRIEVEANCE AND DID NOT RECIEVE A RESPONSE
I FILED A APPEAL STATING I DID NOT RECIEVE A RESPONSE
ABOUT GRIEVEANCE. I RECIEVED NO RESPONSE TO APPEAL.

(Note. You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies )

VIII.  Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☑ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

Re    II    Complaint Pursuant 42    Rights Project

A.    Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☑ No

B.    If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)

1    Parties to the previous lawsuit

Plaintiff(s)    _____

Defendant(s)    _____

2    Court (if federal court, name the district, if state court, name the county and State)

_____

3.    Docket or index number

_____

4.    Name of Judge assigned to your case

_____

5.    Approximate date of filing lawsuit

_____

6.    Is the case still pending?

☐ Yes

☐ No

If no, give the approximate date of disposition.    _____

7.    What was the result of the case? (For example  Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)

_____

_____

Re. . . 21: Complaint for . . at . of C. . . Rights: Prisoner

IX.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    March 9th, 2026

Signature of Plaintiff

Printed Name of Plaintiff    SIR-RAVEN R. RODGERS

Prison Identification #    ICN # 138924

Prison Address    40 DELAWARE AVENUE

BUFFALO                    NY          14203
          City                  State      Zip Code

B.    For Attorneys

Date of signing:    _____

Signature of Attorney    _____

Printed Name of Attorney    _____

Bar Number    _____

Name of Law Firm    _____

Address    _____

          City                  State      Zip Code

Telephone Number    _____

E-mail Address    _____

